JS6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

EDWARD McGLORY,

Petitioner,

v.

MARION E. SPEARMAN, Warden,

Respondent.

No. ED CV 14-0084-FMO (DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: July 14, 2014

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT

JUL 1 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY